1 | Mark E. Ellis – 127159
Andrew M. Steinheimer – 200524
2 | ELLIS, COLEMAN, POIRIER, LAVOIE,
  & STEINHEIMER LLP
3 | 555 University Avenue, Suite 200 East
Sacramento, CA 95825
4 | Tel: (916) 283-8820
Fax: (916) 283-8821
5
6 | Attorneys for Defendants CREDIGY RECEIVABLES, INC., and ESKANOS & ADLER, APC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY KELLY,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIGY RECEIVABLES, INC., ESKANOS & ADLER, APC, IRWIN ESKANOS, BARRY ADLER, JEROME YALON, DONALD STEBBINS, KURTISS JACOBS, AND JANET BROWN, AND DOES 1 through 10<br><br>    Defendants. | Case No.:<br>San Francisco Case No.: CGC-07-464265<br><br>**DEMAND FOR JURY TRIAL** |

1  Defendants Credigy Receivables, Inc., and Eskanos & Adler, APC, hereby demand a jury trial
2  in this matter.

3  Dated: September 14, 2007

ELLIS, COLEMAN, POIRIER, LaVOIE
& STEINHEIMER, LLP

By _____ 191890 for
Andrew M. Steinheimer
Attorneys for Defendants
Credigy Receivables, Inc., and Eskanos & Adler, APC,

**CERTIFICATE OF SERVICE**

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On September 14, 2007, I served the following document(s) on the parties in the within action:

**DEMAND FOR JURY TRIAL**

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) will be transmitted via facsimile, and a copy of same will be mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

Jonathan G. Stein  
Law Offices of Jonathan A. Stein  
5050 Laguna Boulevard  
Suite 112-325  
Elk Grove, CA 95758

Attorneys for Plaintiff  
ANTHONY KELLY

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on September 14, 2007.

By _____  
Jennifer E. Mueller

- 3 -

DEMAND FOR JURY TRIAL