1  Mark E. Ellis – 127159
   Andrew M. Steinheimer – 200524
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
      & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendants CREDIGY RECEIVABLES, INC., and ESKANOS & ADLER, APC.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 ANTHONY KELLY,                                    Case No.:
                                                     San Francisco Case No.: CGC-07-464265
12         Plaintiff,
                                                     **CERTIFICATION AND NOTICE TO**
13 v.                                                **INTERESTED PARTIES**

14 CREDIGY RECEIVABLES, INC., ESKANOS &
   ADLER, APC, IRWIN ESKANOS, BARRY
15 ADLER, JEROME YALON, DONALD
   STEBBINS, KURTISS JACOBS, AND JANET
16 BROWN, AND DOES 1 through 10

17         Defendants.

18

19         The undersigned, counsel of record for Defendants Credigy Receivables, Inc., and Eskanos &

20 Adler, APC, certify that the following listed parties have a direct, pecuniary interest in the outcome of

21 this case. These representations are made to enable the Court to evaluate possible disqualification or

22 recusal.

23         1.     ANTHONY KELLY, Plaintiff

24         2.     CREDIGY RECEIVABLES, INC., Defendant

25         3.     ESKANOS & ADLER, APC, Defendant

26         4.     IRWIN ESKANOS, Defendant

27         5.     BARRY ADLER, Defendant

28         6.     JEROME YALON, Defendant

- 1 -

CERTIFICATION AND NOTICE TO INTERESTED PARTIES

1        7.     DONALD STEBBINS, Defendant

2        8.     KURTISS JACOBS, Defendant, and

3        9.     JANET BROWN., Defendant

4    Dated: September 14, 2007

5                          ELLIS, COLEMAN, POIRIER, LaVOIE
                           & STEINHEIMER, LLP

6

7                        By

8                         Andrew M. Steinheimer
                          Attorneys for Defendants

9                         Credigy Receivables, Inc., and Eskanos & Adler,
                          APC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION AND NOTICE TO INTERESTED PARTIES

1  **CERTIFICATE OF SERVICE**

2      I, Jennifer E. Mueller, declare:

3      I am a citizen of the United States, am over the age of eighteen years, and am not a party to or

4  interested in the within entitled cause.  My business address is 555 University Avenue, Suite 200 East,

5  Sacramento, CA 95825.

6      On September 14, 2007, I served the following document(s) on the parties in the within action:

7  **CERTIFICATION AND NOTICE TO INTERESTED PARTIES**

| | |
|---|---|
| **X** | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**:  The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**:  The above-described document(s) will be transmitted via facsimile, and a copy of same will be mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**:  The above-described document(s) will be delivered by overnight service, to the following: |

Jonathan G. Stein                    Attorneys for Plaintiff
Law Offices of Jonathan A. Stein      ANTHONY KELLY
5050 Laguna Boulevard
Suite 112-325
Elk Grove, CA 95758

    I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on September 14, 2007.

By _____
    Jennifer E. Mueller

- 3 -