**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY KELLY,                                         No. C-07-4753 MMC

        Plaintiff,                                **CLERK'S NOTICE**

  v.

CREDIGY RECEIVABLES, INC., et al.,

        Defendant.
_____/

    **YOU ARE NOTIFIED** that due to the unavailability of the Court, the Initial Case Management Conference previously scheduled for Friday, December 21, 2007 has been re-scheduled to Friday, January 17, 2008 at 10:30 a.m. before the Honorable Maxine M. Chesney.

The parties are advised that a joint case management conference statement is due on or before Friday, January 11, 2008.

Please report to Courtroom 7, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

                                      **FOR THE COURT,**

                                      Richard W. Wieking, Clerk

Dated: November 27, 2007                  *Tracy Lucero*

                                      Tracy Lucero, Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California