Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendants CREDIGY RECEIVABLES, INC., ESKANOS & ADLER, IRWIN ESKANOS, BARRY ADLER, JEROME YALON, JR., DONALD STEBBINS, KURTISS JACOBS, and JANET BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY KELLY,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIGY RECEIVABLES, INC., ESKANOS & ADLER, IRWIN ESKANOS, BARRY ADLER, JEROME YALON, JR., DONALD STEBBINS, KURTISS JACOBS, and JANET BROWN,<br><br>    Defendants. | Case No.: C 07-4753 MMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

- 1 -

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by and between plaintiff ANTHONY KELLY and defendants CREDIGY RECEIVABLES, INC., ESKANOS & ADLER, IRWIN ESKANOS, BARRY ADLER, JEROME YALON, JR., DONALD STEBBINS, KURTISS JACOBS, and JANET BROWN, that this matter be dismissed, with prejudice, pursuant to FRCP 41(a), with each party to bear its own attorneys' fees and costs.

Dated: Dec 5, 2007

LAW OFFICES OF JONATHAN A. STEIN

_____
Jonathan A. Stein
Attorney for Plaintiff
Anthony Kelly

Dated: 12/5/07

ELLIS, COLEMAN, POIRIER, LaVOIE
& STEINHEIMER, LLP

By _____
Andrew M. Steinheimer
Attorneys for Defendants
CREDIGY RECEIVABLES, INC., ESKANOS &
ADLER, IRWIN ESKANOS, BARRY ADLER,
JEROME YALON, JR., DONALD STEBBINS,
KURTISS JACOBS, and JANET BROWN

Pursuant to the Stipulation of the parties, the Court orders that the defendant Palisades Collection, LLC, be, and hereby is, dismissed, with prejudice, from the above-captioned action. Each party shall bear its own costs and attorneys' fees in the action.

IT IS SO ORDERED.

Date: _____     _____
                                  Honorable Maxine M. Chesney

-2-

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER