1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
     & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendants CREDIGY RECEIVABLES, INC., ESKANOS & ADLER, IRWIN
6  ESKANOS, BARRY ADLER, JEROME YALON, JR., DONALD STEBBINS, KURTISS JACOBS,
   and JANET BROWN
7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11 | ANTHONY KELLY,                                  | Case No.: C 07-4753 MMC
12 |     Plaintiff,                                  | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**
13 | v.
14 | CREDIGY RECEIVABLES, INC., ESKANOS & ADLER, IRWIN ESKANOS, BARRY ADLER,
15 | JEROME YALON, JR., DONALD STEBBINS, KURTISS JACOBS, and JANET BROWN,
16 |     Defendants.

- 1 -

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by and between plaintiff ANTHONY KELLY and defendants CREDIGY RECEIVABLES, INC., ESKANOS & ADLER, IRWIN ESKANOS, BARRY ADLER, JEROME YALON, JR., DONALD STEBBINS, KURTISS JACOBS, and JANET BROWN, that this matter be dismissed, with prejudice, pursuant to FRCP 41(a), with each party to bear its own attorneys' fees and costs.

Dated: Dec 5, 2007

LAW OFFICES OF JONATHAN A. STEIN

_____
Jonathan A. Stein
Attorney for Plaintiff
Anthony Kelly

Dated: 12/5/07

ELLIS, COLEMAN, POIRIER, LaVOIE
& STEINHEIMER, LLP

By _____
Andrew M. Steinheimer
Attorneys for Defendants
CREDIGY RECEIVABLES, INC., ESKANOS & ADLER, IRWIN ESKANOS, BARRY ADLER, JEROME YALON, JR., DONALD STEBBINS, KURTISS JACOBS, and JANET BROWN

Pursuant to the Stipulation of the parties, the Court orders that all defendants ~~the defendant Palisades Collection, LLC,~~ be, and hereby are ~~is~~, dismissed, with prejudice, from the above-captioned action. Each party shall bear its own costs and attorneys' fees in the action.

IT IS SO ORDERED.

Date: December 6, 2007

_____
Honorable Maxine M. Chesney

-2-

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER